**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00019-CV

**SINDY BENAVIDES, RALINA CARDONA, PAUL MARTINEZ, IVONNE QUINONES AND ELSIE VALDES, Appellants**

**V.**

**HILDA RAMIREZ DUARTE, RENE MARTINEZ, HENRY RODRIGUEZ, FEDERICO GARZA, AND HECTOR CARRILLO, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08603**

### ORDER

Before the court is court reporter Sheretta Martin's February 3, 2023 request for a ten-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than February 13, 2023.

/s/    BILL PEDERSEN, III
       JUSTICE